v.

**The STATE of Texas, Appellee.**

No. 27533.

Court of Criminal Appeals of Texas.

April 6, 1955.

**Thomas Oliver GLENN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27526.

Court of Criminal Appeals of Texas.

April 6, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Keeping a disorderly house is the offense; the punishment, a fine of $200 and twenty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.